# EXHIBIT 1

# EXHIBIT 1

# Texas Secretary of State
## Hope Andrade

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800898797 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 16, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034156953 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Free Speech Systems, LLC | | |
| **Address:** | PO BOX 19549 AUSTIN, TX 787609549 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Elizabeth M. Schurig | 100 Congress Avenue 22nd Floor Austin, TX 78701 USA | |

[Order]  [Return to Search]

_____

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

## Texas Secretary of State
### Hope Andrade

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800898797 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 16, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034156953 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Free Speech Systems, LLC | | |
| **Address:** | PO BOX 19549 AUSTIN, TX 787609549 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| **Last Update** | **Name** | **Title** | **Address** |
|---|---|---|---|
| January 3, 2008 | Alex Jones | Manager | 910 West Mary Street Austin, TX 78704 USA |

[Order] [Return to Search]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

## Texas Secretary of State
### Hope Andrade

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800898797 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 16, 2007 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32034156953 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Free Speech Systems, LLC |
| **Address:** | PO BOX 19549 |
| | AUSTIN, TX 787609549 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| www.PrisonPlanet.TV | November 2, 2009 | November 2, 2019 | | Active | All Counties |
| www.infowars.com | November 2, 2009 | November 2, 2019 | | Active | All Counties |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by Clickability

**The TSA's mini 'Watch List'**
Posted by **Sherman Frederick**
Tuesday, May. 25, 2010 at 01:10 PM

Some people say the first mistake was to create the Transportation Security Administration -- it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Screeners threatening other screeners? If you think I'm making this up, then click here for the rest of this sad story.

I'd like to think that someone in government would have enough sense to put an end to this kind of crazy. But it won't happen on this administration's watch. This is a gang that can't even call the current threat for what it is -- radical Islamic terrorism. I doubt they'd have the backbone to put a stop to a TSA shop steward collecting names of irritated travelers.

**Find this article at:**
http://www.lvrj.com/blogs/sherm/The_TSAs_mini_Watch_List_.html?ref=499

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

**YOUR FEMA CAMP IS READY FOR YOU.**

# TSA Keeps Watchlist of Peeved Travelers



Sherman Frederick
**Las Vegas Review Journal**
Wednesday, May 26th, 2010

Some people say the first mistake was to create the Transportation Security Administration — it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

**Full article here**











**Prison Planet.tv Members Can Watch** *Don't Tread On Me* **Right Now Online - Don't Miss Out! Get Your Subscription Today!**



*CANCER CONSPIRACY?* **Are** *"they"* **suppressing the cure? Will** YOU **be the next victim? Learn the Secret Truth! - READ FULL STORY**

---

Social bookmarks    Email this article    Print this page

---

**Comment Terms Of Use**

# Login

Username:

Password:

Remember me

Login »

**Register**

**Lost your password?**

**16 Responses to "TSA Keeps Watchlist of Peeved Travelers"**

**raxzorx Says:**
**May 26th, 2010 at 5:14 am**

How is this for a conspiracy theory?

1. Obama sends 1200 troops to Arizona to "secure the borders".
2. People don't think that 1200 is enough so they ask for more, and get them.
3. It "appears" to be working,but still has problems.
4. This gets introduced to all southern border states, and more troops are added.
5. It then expands to include ALL states.
6. Police and military presence is increased everywhere, brutality skyrockets.
7. now that they have forces "on the ground" and in place, they can now institute martial law.
8. end of story. (unless you're armed).

...What d'Ya think?
Could it happen?

**STARMAN Reply:**
May 26th, 2010 at 5:52 am

YOU WILL ACCEPT THE N.W.O. AND ITS OPEN BORDERS OR ELSE WE WILL SHOVE IT



Meet peopl

Infowar on sale

DOWN YOUR THROATS AND TELL YOU TO OBEY ,,,,,, THANK YOU LUCIFERS CHILDREN

**BRANMI234** Reply:
May 26th, 2010 at 7:53 pm

I AM A FIRM BELEIVER THAT IF WE GET A GRIP ON THE ELITE AND GET THEM TO BREAK THAT THESE PEOPLE IN AMERICA ACTING BRAINWASHED WILL MAJICALLY COME AROUND AND START TO ACT RIGHT. THEN WE CAN FLIP THE HOUSE AND GET STARTED IN REBUILDING OUR COUNTRY.

**George_Costanza** Reply:
May 26th, 2010 at 12:24 pm

That is conjecture, maybe a hypothesis, but not theory.


**Quantummonkeybutt Says:**
**May 26th, 2010 at 7:54 am**

"Some Even Believe WE (The Rockefeller Family) ARE PART OF A SECRET CABAL WORKING AGAINST THE BEST INTERESTS OF THE UNITED STATES, Characterizing My Family And Me As 'Internationalists' And Of CONSPIRING WITH OTHERS AROUND THE WORLD To Build A More Integrated Global Political And Economic Structure – 'ONE WORLD' (GOVERNMENT), If You Will. If That's The Charge, I STAND GUILTY, And I AM PROUD OF IT."

- David Rockefeller, Memoirs, Page 405 (Emphasis Added)

Guess We Know Who's Right At The Top (NUMERO UNO) Of The 'Traitor s---bag A$$holes' (TSA) List, eh Monkey Boy???

QMB
making a list,
checking it twice

**1Patriotgal** Reply:
May 26th, 2010 at 8:56 am

Why is that POS stilll alive?? Does America, not have ONE SINGLE Patriot left? One person, who would be willing to trade their life, to kill that TRAITER b'tard? WTF??
Keep-up the good work, QMB

**rust** Reply:
May 26th, 2010 at 9:30 am

That POS is still alive because he lives in Amerika, where supposedly there is no political assassination, where people like in freedom and harmony.

Better to ask, where are the people willing to risk reputation to arrest and bring to trial such traitors, instead of inciting violence.

And we all know, the NWO controls their minions by mind control: once they draw them in, they have them with the most powerful of emotions. Guilt.

**ectoendomezo** Reply:
May 26th, 2010 at 10:42 am

BECAUSE THOSE WITH THE ACTUAL "KNOW HOW"..ALSO HAVE ENOUGH 'SECULAR' EXPERIENCE TO REALIZE THAT "OBAMA"..IS ABOUT AS "IN CONTROL" OF "WHATS HAPPENING"..AS YOU ARE!

HE'S LITERALLY..AS IN THEY'VE ACTUALLY ADMITTED IT SINCE DAY 1...A "MOUTHPIECE"..ALL THAT "ORATOR' SPIN..IS GOVCORP DOUBLE SPEAK FOR "SLICK-ASS FRONT MAN WITH A SILK TONGUE AND A HIGHER THAN AVERAGE TELEKINETIC CHARISMA AND CHARM 'CHARGE'..."

SIMPLE AS THAT!

HITLER..STALIN..FRANCO...MUSSOLINI...THEY WERE THE "REAL DEAL"...THEY WERE THE FOUNDERS..THA ACTUAL "MINDS" BEHIND THEIR GOVERNMENTS...HITLER OF COURSE BEING THE LEAST..BUT..MUCH MORE INVOLVED THAN BUSH-II OR OBAMA...

FRANKLY..ANYONE THAT 'DIRECTS' THEIR RAGE AT OBAMA..HS 'ULTERIOR' MOTIVES..FEAR..HATE..REACISM..FOR AGAIN..OBAMA IS NOTHING..LOOK



AROUND..NOTHING...HE CANNOT EVEN INFLUENCE THE THINGS HE ACTUALLY ALMOST
CERTAINLY 'WOULD' IF HE COULD..LIKE MILLIONS OF BARRELS OF OIL SPILLING INTO THE
GULF AND PUSHING AMERICA OVER THE EDGE...((AS WILL BE VERY..VERY..APPARENT IN
ABOUT 90 DAY'S))

NOPE! SHOULD OBAMA CHOKE ON A PRETZEL TOMORROW...THERE WOULD BE NOTHING MORE
THEN A HCCUP IN THE POWER LINES...IN FACT..ALL IT WOULD BE IS..'GOOD
TEEVEE'..NOTHING MORE...

THIS IS THE BEAUTY OF THE 'PLAN'...THEY GAVE THE "RIGHT"..A SYMBOL TO CAUSE SO MUCH
FEAR AND HATE..THAT IT WOULD BE A COMPLETE..ALMOST TOTAL.."DIVERSION"...AND THEY
GAVE THE "LEFT"..THE OPPOSITE..A "SYMBOL" THAT WOULD CAUSE THEM TO FALL FOR ALL
THE OLD "LIBERAL WHITE GUILT" STUFF..AND..THEN FINALLY..TO CAUSE THE TWO "GROUPS"
TO BE MISTRUSTFUL OF ONE ANOTHER..THAT THE DIVISIONS..WOULD NOT ONLY BE AT
"COLD CIVIL WAR" LEVELS..BUT WOULD IN F ACT...QUITE POSSIBLY..BE "DECADES" LONG...

THEY'VE CREATED...IN THE LOUD RIGHT..AND THE LOUD LEFT..."INSTANT INSURGENTS"...
INSTANT "AGENT PROVOCATEURS"..THAT WILL IN FACT..'SELF DESTRUCT" THEIR ONW
"SUCCESS" THEIR OWN "SOCIOPOLITICAL VIABILITY"...WITH RAGE...RESENTMENT..AND
REVENGE "POLITICS"..INSTEAD OF "SIT DOWN ROLL UP THE SLEEVES AND MAKE A UNIFIED
AND AGGRESSIVE AND COGENT 'PLAN"...

YOUR POST RE OABAM..IS PRROF POSITIVE OF THIS..FOR..NOT ONLY IS IT TOTALLY
UNREALISTIC FOR 'CHANGING' ANYTHING..IT WOULD IN FACT...CREATE THE EXCUSE TO
"CLAMP DOWN" EVEN TIGHTER...NOT ONLY THAT..BUT THE LOUD LEFT..WOULD FIND YOUR
POST INSTANTLY DEEPLY OFFENSIVE..AND THUS IMMEDIATELY 'DISMISS' YOU AS 'USELESS'
IN ANY REAL POLITICAL EXERCISE..

AND Y'KNOW WHAT ELSE? THATS IN FACT...IF YUOR HONEST..A SIGNIFICANT PART OF THE
"WHY" IN.."WHY WOULD YOU SAY THAT"...YUP! DENY IT IF YOU WISH..MOST DO...BUT THIS IS
THE REALITY..THE CREEPY..AND WHEN "LOOKED AT"..VERY...REAL.."IN YOUR
FACE"..REALITY..OF THE SUBLIMINAL PROGRAMMING YOU'VE FALLEN VICITM TO..

YOU.."WANT"..TO "PISS OFF" THE "LIBERALS"...AND THEY.."WANT" TO "BE PISSED OFF"..

AND THIS IS THE FINAL "SOLUTION" TO POLITICAL UNITY AGAINST CORPORATE POWER IN
AMERICA.

THAT ALL OF THIS ANGER..AND RESENTMENT..AND REVENGE...IS IN FACT...THE MAIN FORM
OF "DENIAL' AND THE ABSOLUTE MASTER CIRCUIT FOR "DOING NOTHING".

ALL YOU HAVE AS A "SOLUTION"...IS.."RAGE".

AND ALL "THEY" HAVE AS A "SOLUTION'..IS "RESPONDING" TO YOR RAGE...THATS THE
"CIRCLE OF PSYCHELOGICAL NEED" THAT FEEDS THE FLAMES OF DIVISION.

KEEPING THE PEOPLE..SO UTTERLY INNEFECTIVE..SO COMPLETELY "ABSORBED"..."SNAKE
FASCINATED"..WITH THEIR OWN LITTLE SOCIOPOLITICAL REALITY SHOW..FEULED BY 'BACK'
AND 'HANNITY' AND PRIMARILY..SADLY..THE "RIGHT"...WHICH AMAZINGLY..GETS AWAY WITH
CALLING THEIR OWN CORPORATE FASCIST "PROGRAMMING".."THE LIBERAL MEDIA"..
((WOWOWOWOW))..WELL...YOU GET YOR DAILY DOSE..YOUR ADDICTS TO RAGE...

YUP! AND THEY'RE YOUR "DEALERS"..AND YOUR THE "JUNKIES"..."RAGE JUNKIES"...

WAKE UP!

**BRANMI234** Reply:
May 26th, 2010 at 8:09 pm

Well sorry but I havent run in to the peice of s--- yet, but maybe just maybe he will stick his
neck out just a little to far soon and the right person will try and sentence him on the spot.

**flaming_red_pill Says:**
**May 26th, 2010 at 9:21 am**

Look, you can ask people to die politely and even approve of it when they do, on this board, but
advocating outright murder/sniping w/e might be counterproductive to our collective ability to
communicate here, hint hint =(

**Lordplunder1 Says:**
**May 26th, 2010 at 9:47 am**

I don't understand the general Public I guess. If you go to the original USA today story and look at the posts every one is on the side of the TSA. Do these people not understand that personal information is being kept on a data base that a 6th grader could crack and access? No one has even questioned If they have the right to access that information much less store and transmit that data to people that you have not given permission to have your personal data. Sweet now I have to worry about a TSA emp. Stealing my ID or selling it to supplement there income. One more reason to drive my car!

**TheTruthHurts Says:**
**May 26th, 2010 at 10:52 am**

I'm probably on the list. I question them every time they pull me from the pre-boarding line to harass me and "recheck" my carry ons. I now video them from the time they "randomly" select me till I get on the plane. Always asking questions about their knowledge of citizens constitutional rights. I complain when they brings the dogs by to sniff my carry on while I'm sitting in the waiting area. I give them a hard time when they want to put a dip stick in my drink to check for explosives in a water bottle that I just purchased from the store inside the secure area. I try to remain calm as they check my hands for gun powder. I refuse to go through the naked body scanner. Do you think I'm on the list?

**sungod Says:**
**May 26th, 2010 at 7:40 pm**

Unionize? Un-freakin-believable!!! Time to let the passengers to take on security instead of a bozo organization that is unionized! Why are we paying taxes to be terrorized by our or government just to travel? Can we take out Mohammad with the flaming underwear, and the and the smokin sneakers? Hell yeah! I could bust him up, and he won't forget it. Justice will be served. Besides? couldn't we just carry pigs blud on the planes to null and void mohammad's virgin dream…it's our turn to terrorize mohammad on our turf. TSA…time to shut your worthless porn a**holes down…no more tax dollars for your heavy handed control of the people.

**BRANMI234 Says:**
**May 26th, 2010 at 8:05 pm**

DITTO

**billp Says:**
**May 26th, 2010 at 9:22 pm**

They should keep a list of non-peeved travelers. It would only take an index card.

**IamGreg Says:**
**May 27th, 2010 at 1:20 am**

Prior to 9/11 the majority of airport screeners were former welfare recipients placed in these minimum-wage position under the "Welfare to Work" program. 9/11 happens and suddenly these barely literate apes are made federal employees, given unlimited power, and put in charge of our nations skies. You put these welfare apes in charge of anything and you're going to have problems. So why is anyone surprised? You elected a talking chimp as president and yet you wonder why our nation is now a ghetto.

**Join the discussion, sign up/login to post a comment!**

PRISON PLANET.com   Copyright © 2002-2009 Alex Jones   All rights reserved.   Legal Notice

Home » Featured Stories » **TSA Keeps Watchlist of Peeved Travelers**

# EXHIBIT 4

# EXHIBIT 4



Home    Alex Jones Radio Show    News    Sections    Multimedia    Prison Planet Forum    Shop    Advertise    Contact    Search

## TSA Keeps Watchlist of Peeved Travelers

Sherman Frederick
Las Vegas Review Journal
Wednesday, May 26th, 2010



Some people say the first mistake was to create the Transportation Security Administration — it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

ADVERTISEMENT

**Good-Bye Fluoride**

» Full line of household fluoride filters

SHOP NOW

purewaterfreedom.com


Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Full article here

Social bookmarks   Email this article   Print this page   Share on Twitter

**Comment Rules**
Login

Username:

Password:

☐ Remember me

Login »

Register
Lost your password?

Comments are closed.

© 2010 Alex Jones | Infowars.com is an Alex Jones company. All rights reserved.


THE DOLLAR IS DOWN 40%
GOLD IS UP OVER 400%
MIDAS RESOURCES   GET STARTED ▶


THE ALEX JONES SHOW
LISTEN NOW   Launch Flash Player
LIVE BROADCASTS 11AM-3PM CST


DEATH CAMPS ARE REAL ❯


New Survival Seed Bank Lets You Plant A Full Acre Crisis Garden!


Ready to Evacuate?


Homes for Sale Nationwide
VIEW MLS LISTINGS, FORECLOSURES & NEW HOMES
SEARCH   HomeGain


Because He Wants YOU Prepared for What's Coming...


PENN & TELLER:


Why almost everyone is wrong about the coming food shortage.
Government agencies are stockpiling food in secret underground storage facilities. Average Americans are also preparing for the worst. Here's why...


HeartAndBody EXTRACT
Normal Blood Pressure, Naturally!



Login

Username:

Password:

☐ Remember me

Login »

Register
Lost your password?

# EXHIBIT 5

# EXHIBIT 5

PRISON PLANET FORUM    simple machines forum

July 20, 2010, 11:29:06 AM

Welcome, **Guest**. Please login or register.

| | | Forever ▾ | Login |

Login with username, password and session length

🔍 | | Search |

HOME    HELP    LOGIN    REGISTER

PrisonPlanet Forum > ***THE MAIN BOARDS - Welcome to the Prison Planet Forum*** > General Discussion > Slaying of Army veteran shocks friends, Man shot by police was West Point grad

Pages: [**1**]  Go Down

« previous next »

PRINT

 Author

Topic: Slaying of Army veteran shocks friends, Man shot by police was West Point grad (Read 109 times)

**jaycee**
Sr. Member
⭐⭐⭐⭐
☐ Offline

Posts: 292

 **Slaying of Army veteran shocks friends, Man shot by police was West Point grad**
« **on:** July 12, 2010, 07:53:15 PM »

http://www.lvrj.com/news/slaying-of-army-veteran-shocks-friends-98223884.html

**Quote**

> By LAWRENCE MOWER
> ©2010 LAS VEGAS REVIEW-JOURNAL
> Erik Scott
> The man shot by police outside a Summerlin Costco store on Saturday was a graduate of the U.S. Military Academy at West Point with a master's degree from Duke University, friends said. Army veteran Erik Scott, 39, was at the store near Charleston Boulevard and the Las Vegas Beltway with his girlfriend before three officers fatally shot him in a confrontation.
>
> Friends and an attorney speaking on behalf of Scott's relatives, described him as a good man from a military family. His father was in the Air Force, and his grandfather fought in World War II, friend Mike Pusateri said.
>
> "The most loyal, honest, trustworthy, salt-of-the-earth guy you could meet," said Pusateri, 38. "You only meet one or two of those kinds of guys in your life, and Erik is one of them."
>
> Scott worked for Boston Scientific, a medical devices manufacturer, as a sales representative for the company's pacemakers. Attorney Ross Goodman, who represents Scott's family, said Scott was one of the company's top sales employees. Pusateri and Goodman said Scott and his girlfriend were at the Costco because they were moving in together and wanted to buy the things they needed. The two men declined to discuss the events that led to the shooting. According to Las Vegas police, officers were called to 801 S. Pavilion Center Drive at 12:47 p.m. by a store worker who said a man was destroying merchandise. Police were told the man had a gun.
>
> Capt. Patrick Neville described Scott as "kind of going berserk." Workers evacuated the store. Officers stopped Scott outside as the customers were leaving. Neville said an officer tapped the man on the shoulder and identified himself as police. Scott then spun around and reached for a gun, law enforcement officials said.
>
> "They ordered him to the ground," Neville said of the officers on Saturday. "He does not comply with that order. He reaches for the weapon, pulls the weapon out, at which time, the weapon was out of the waistband."
>
> Three officers fired multiple times, killing Scott. One witness interviewed Saturday and three others interviewed Sunday by the Review-Journal gave accounts that differed from what police described. With

a few minor variations, the witnesses recounted matching sequences of events. The witnesses interviewed did not see what happened inside the store that prompted workers to call police. Three of the witnesses, upset by the event, asked that their names not be published. Once Scott was outside, none of the witnesses saw him brandish a weapon or make any movement that would seem like he was brandishing a weapon.

The first witness already had made his purchases and was waiting in line for a worker to check his receipt when he saw an officer enter the store. The officer whispered something to the worker checking the receipts. The first witness then heard that employee turn to another employee and say, "He said we should let him through."

The four witnesses described a calm rush of customers exiting the front of the store after Costco workers told everyone to leave.

Attorney David Amesbury said he arrived in time to see shoppers leaving. He described the customer exodus as being "like the aftermath of Disneyland."

A customer told Amesbury that he couldn't go in, so the attorney waited on a bench west of the entrance. He said he had a clear view of two officers standing beside the entrance with their guns drawn. All four witnesses said they were within 20 feet of the store's main entrance. They said Scott walked out of the entrance with the crowd. They described an officer shouting at Scott, then a quick succession of gunshots.

The witnesses differed in their recollection of what one of the officers said.

Amesbury heard, "I told you to stop. Stop."

Two witnesses interviewed Sunday heard, "Drop it."

A fourth witness, interviewed Saturday, heard, "Get down," "Put it down," or "Get out of the way."

A second anonymous witness said Sunday he saw Scott pull up his shirt and turn toward the shouting officer. Then he saw the man get shot, drop to his knees and fall face-first in front of the entrance.

"There wasn't even time for someone to react," the second witness said. "The guy didn't pull a gun. There was no gun in his hand, there was no gun on the ground."

The second witness said he was interviewed by homicide detectives and gave them the same account. The first anonymous witness also didn't see Scott make a threat.

"I certainly did not see the guy do anything with a gun that would threaten anybody," the first witness said Sunday. "It appeared to me that if he had guns on him, that they were literally in his pocket or in his waist."

The first witness also was interviewed by homicide detectives about the shooting. Amesbury said he did not see the man get shot, but, "When I go around the corner, I see this guy laid out. I didn't see a gun." Amesbury's view of the shooting was blocked by stone pillars. He was not interviewed by police.

Before the shooting, Scott was walking with a woman that three witnesses thought was his girlfriend. They said she became distraught after the shooting. The incident also left the witnesses shaken. It's just incredible "with all these people around that Metro would provoke something there," the second witness said. "I don't want to second-guess the police, but wouldn't it have been better to confront him out at his car?"

After the shooting, some people in the crowd panicked. An elderly woman was knocked down and cut her elbow in the chaos, the second witness said.

Only Scott was struck by gunfire .

Police said Scott had two handguns on him when he was shot. Goodman said Scott had a concealed-weapons permit.

Pusateri said his friend was a "safety freak" around guns. He said that "absolutely not in a million years" would Scott be careless with them around others.

Scott graduated from West Point, in New York, in 1994 and was stationed for a time at Fort Hood, Texas, as a tank platoon leader. In 2003, he graduated from Duke University in North Carolina with a master's degree in business administration.

Friends said they noticed nothing strange about Scott in the days before the shooting.

On Friday, Scott's vehicle was struck by another vehicle while he was rushing a pacemaker to Summerlin Hospital Medical Center, Pusateri said. Scott was not injured in the collision, and a firefighter took the device from the crash scene to the hospital, he said.

Friends were distraught and puzzled as to why police shot and killed Scott.

"He's a stand-up guy in the community," Goodman said. "This guy is not somebody to put himself in a situation like that."

Pusateri, who also sells medical devices, said Scott worked closely with patients in his job. He called Scott's job the "pinnacle" of the business.

"It's very, very sad," Pusateri said. "I'm shocked by it. It's the tragic loss of a great man."

 Logged

Pages: [1]   Go Up

PRINT

« previous next »

Jump to:

=> General Discussion



go

Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC

# EXHIBIT 6

# EXHIBIT 6

# PrisonPlanet Forum

**\*\*\*THE MAIN BOARDS - Welcome to the Prison Planet Forum\*\*\* => General Discussion =>**
Topic started by: deviltourniquet on June 27, 2010, 08:20:42 AM

Title: **Shooting shows risk in police drug raids Some question use of force for narcoti**
Post by: **deviltourniquet** on **June 27, 2010, 08:20:42 AM**

http://www.lvrj.com/news/shooting-shows-risk-in-police-drug-raids-
97255139.html?ref=139

On the night of June 11, a team of Las Vegas police officers forced their way into a
central valley apartment, breaking through the front door and smashing windows.

The team was serving a drug search warrant after undercover officers said they
bought marijuana three times from the 21-year-old male resident of the
apartment.

During the raid, police killed Trevon Cole, who was unarmed in the bathroom when
he was shot in the face, his fiancee told the Review-Journal.

Police claim Cole made a "furtive movement" toward a detective before he was
shot once.

An unspecified amount of marijuana and digital scales were seized. No weapons
were recovered.

Drug raids, according to national experts, can be successful in getting illegal
substances and dealers off the streets. But one civil rights advocate cautioned that
such operations pose a high risk to the public and those involved.

In 2009, the Metropolitan Police Department's Narcotics Section served 569 search
warrants throughout the valley, said department spokesman officer Jacinto Rivera.
None of the narcotics warrants served last year escalated into situations where an
officer had to fire his weapon, Rivera said.

The last Las Vegas police raid involving shots fired happened in December 2008.
Las Vegas SWAT officers attempted to serve a narcotics warrant in Henderson on a
suspect who had sold cocaine to undercover officers. Three officers were shot by
suspect Emmanuel Dozier, who said he thought someone was breaking into his
home. All the officers survived.

Police officials wouldn't answer questions about Cole's shooting until a coroner's
inquest is held. During the inquest, a jury will determine whether the actions of
the officer who pulled the trigger, 34-year-old Bryan Yant, were justified,
excusable or criminal.

Tod Burke, a criminal justice professor at Radford University in Virginia, said, in
general, marijuana isn't a drug that compels raids on homes unless the suspect is
more than your average street dealer.

"Most police departments and detectives won't focus on small-time drug dealers,"
Burke said. "If they do, they are going after the small person to get to the big
person."

Allen Lichtenstein, general counsel for the American Civil Liberties Union of

Nevada, said police need to exercise discretion when deciding whether to conduct a raid.

"A major raid at night on a residential street carries enormous risks," Lichtenstein said. "Raids should only be done in situations in which the dangers (posed by the suspected drug dealers) outweigh the risks."

Andre Lagomarsino, an attorney retained by Cole's family, said the slain man was the victim of overzealous police and was a threat to no one. Searches of nation-wide databases indicate Cole had no adult criminal record.

"I don't think they should have a violent raid like that for someone who was allegedly involved in marijuana," Lagomarsino said. "In this case, it was literally overkill."

Cole's fiancée, 20-year-old Sequioa Pearce, gave birth to his daughter earlier this month shortly after Cole was killed.

Yant, a 10-year veteran of the department, has been placed on paid leave pending the outcome of the inquest. Cole's shooting was the third time Yant has fired his weapon and struck a suspect.

According to Rivera, Las Vegas police serve three classes of search warrants. The officers who serve them are required to have specialized training.

A Class 1 warrant is served when police do not anticipate having to force entry, when the suspect does not have a history of violence and when the suspect isn't likely to be armed. Officers serving Class 1 warrants must take two days of classroom training.

A Class 2 warrant is served when a suspect does not have a history of violence but may have access to weapons. Officers serving these warrants must have two days of classroom training and eight hours of tactical training given by SWAT.

A Class 3 warrant can only be served by SWAT officers and is used when the suspect has a history of violence, a vicious animal might be present or the residence is heavily fortified.

Police haven't disclosed what type of warrant was served at Cole's residence or how many officers were present. A resident of the complex, the Mirabella Apartments, said he saw about eight armed officers swarm the apartment.

Lagomarsino said the officers were wearing camouflage and masks. One shell casing from an AR-15 assault rifle was recovered at the scene, according to a list of items taken by police in the search warrant.

Police said they did knock on the door and identify themselves before entering the apartment. Lagomarsino contends police didn't announce their presence.

Lagomarsino said Cole and Pearce were in bed watching television about 9 p.m. when police broke into their 624-square-foot apartment on Bonanza Road near Eastern Avenue.

When officers rushed in, Cole fled to the bathroom and Peace ran into a closet. Pearce said they didn't answer the knocks on the door because they thought it was Pearce's mother, who was angry at her that day.

Lagomarsino said Cole was following police orders in the bathroom. A former linebacker for Moorpark College in Southern California, Cole was 6 feet tall and

weighed 285 pounds. He was wearing basketball shorts and a T-shirt.

"Not only were there no weapons in the house, there was nothing in his hand," Lagomarsino said.

Burke, who was a patrol officer for five years in Maryland during the late 1970s and early 1980s, said drug raids usually are conducted at night to catch suspects off-guard. He said night raids usually are safer for police because they have the element of surprise. Raids also have to be done covertly or police might never seize any drugs.

"There's going to be a plumbing problem," Burke said. "Drugs will be flushed down the toilet."

Bill Sousa, a criminal justice professor at the University of Nevada, Las Vegas, contends there is no evidence that drug raids make the community less safe.

"Whenever citizens see overuse of force, that makes people less comfortable. But it doesn't necessarily make them less safe," Sousa said.

However, he said, police need to be sensitive to the community's perception of what they are doing.

"Do they want an image of a police officer that is paramilitary in nature?" Sousa said. "Or do they want an image that is not paramilitary but perceived in a way that is providing a service to the community?"

Sousa said some law enforcement departments do conduct raids in cases of suspected marijuana dealers if the nature of the drug trade in the area justifies it. Sousa said marijuana has been associated with an increased level of violence in some cities. Sousa explained that some drug dealers like to deal with marijuana only because being arrested for selling it yields a less severe punishment than other street drugs.

Sousa said that can create competition between dealers, which sometimes leads to violence. "That's when it becomes a very serious issue in communities."

Lagomarsino said Cole's death has devastated his family.

"We cannot say definitively at this point whether we're going to sue, but everything we have uncovered points in that direction."

Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC