# EXHIBIT 7

EXHIBIT 7

# PRISON PLANET FORUM

simple machines forum

July 20, 2010, 11:26:27 AM

Welcome, **Guest**. Please login or register.

[ ] [ ] Forever [v] [Login]
Login with username, password and session length

[                    ] [Search]

HOME   HELP   LOGIN   REGISTER

PrisonPlanet Forum > Live Alex Jones Show Forum > Live Show Forum 11AM - 2PM Weekdays & 4PM - 6PM Sunday CST > ***The Second Amendment, Anti-Tyranny, Firearms Board*** (Moderator: JT Coyoté) > Ammo Shortage In Nevada (and rest of US)

« previous next »

PRINT

Pages: [1] Go Down

**Author**   Topic: Ammo Shortage In Nevada (and rest of US)  (Read 1438 times)

**spangler**
Hero Member
★★★★★
☐ Offline
Posts: 1,788

**Ammo Shortage In Nevada (and rest of US)**
« on: September 06, 2009, 04:39:12 PM »

The hunt is on for more ammunition in Nevada, U.S.

**Supply can't keep up with demand, a trend that began after election**

By MIKE BLASKY
LAS VEGAS REVIEW-JOURNAL

With nationwide demand for firearm ammunition outstripping manufacturers' supply, empty shelves in Nevada gun stores have some consumers sweating bullets.

On delivery days at the Bass Pro Shop in the Silverton, 20 to 30 customers will line up for the store to open, said Keith Rainey, an assistant manager in the hunting department.

"They call us up every day to find out when the next load is coming in," Rainey said. "If you don't get there early, you don't get any bullets."

John Lowrie, a sales representative at Discount Firearms on Highland Drive, said it's the same in every store.

"We don't even stock to-go ammo on our shelves anymore. We get just enough to keep our range running," Lowrie said.

Lowrie said even the big retailers are hit-or-miss.

"If you go to Wal-Mart you've got two hours after they unload until they're basically cleaned out," he said.

The shortage applies to all calibers, but the hardest to stock has been for handguns, Rainey said.

Specifically, ammunition for your general "home protection" rounds.

"From the .380 up to the .45, those are the hardest to get," Rainey said. "Everybody in the world is looking for those."

### A NOVEMBER TO REMEMBER

The scarcity of ammunition is part of a trend that began immediately after the presidential election, retailers say.

Gun enthusiasts, concerned with perceptions that Barack Obama and a Democrat-controlled Congress would increase gun control measures, began buying firearms and ammunition at an astounding rate.

Because sales rose so quickly, manufacturers struggled to meet the new demands, said Ted Novin, director of public affairs for the National Shooting Sports Foundation, the trade association for the firearms and ammunition industries.

"I'm in daily contact with manufacturers, and they're all at full capacity," Novin said. In other words, as much supply as can be produced, they're producing it.

According to the Department of the Treasury's most recent Firearms and Ammunitions Excise Tax Collection Report, firearm and ammunition manufacturers paid $109.8 million in excise taxes in the first quarter of 2009, up 43 percent from the same quarter in 2008.

All manufacturers are required to pay a 10 or 11 percent excise tax on firearms and ammunition produced, which makes the tax one of the most reliable ways to track firearm and ammunition sales in the United States, Novin said.

A second key indicator is the FBI National Instant Criminal Background Check System, or NICS Checks.

In November, NICS checks were up 41.6 percent versus November 2008, and have been up month-to-month since the election, indicating that firearm sales are still booming.

"Those numbers are beyond outrageous when you consider the recession," Novin said.

### A TEMPORARY PROBLEM

Although demand is extraordinarily high, and manufacturers are running at full capacity, more plants haven't been opened to supplement the need.

The reason, analysts say, is because manufacturers don't believe the demand is being driven by natural economic need, but something else.

"It's customer paranoia," Rainey said, "in our new president."

Novin said that is the general sentiment among manufacturers.

Setting up a new manufacturing plant is both costly and difficult; ammunition and firearms are two of the most highly regulated products in the world, he

said.

And because the demand is being driven by political concerns, manufacturers are not eager to pull the trigger on what most consider to be a temporary phenomenon.

"That's a good reason not to just set up shop and go through the extraordinary process and expense that comes with building another plant," Novin said. "And in a year or two, when things slow down, there's a good chance they'd have to shut it down."

Al Russo, a spokesman for Remington, said the company has added an extra shift for workers and is doing everything possible to keep up with demand.

He declined to speak about specific business strategies.

"To build an ammunition plant takes a lot of money, and that's as simple as I can put it," Russo said.

One of the misconceptions about the ammunition shortage is that increased demand from the military has shifted production priorities away from the commercial industry, Russo said.

That's largely myth. The military uses its own manufacturers, for the most part, and only a few "double dip" in both arenas, he said.

"They basically buy it from themselves," Russo said. "There's a big difference between commercial and military ammunition."

Novin concurred: "I can tell you with certainty that this demand is completely driven by consumers," he said.

### SECOND AMENDMENT COSTS

Even with a nationwide shortage, retailers and manufacturers say they haven't seen a drastic increase in prices.

Lowrie and Rainey said prices in their stores have remained stable over the past eight or nine months, and Russo said Remington hasn't raised prices.

The only place costs have skyrocketed have been at gun shows, where sellers have jacked up prices to take advantage of the paranoia, said Robert Smith, president of the Nevada State Rifle & Pistol Association.

At a Reno gun show in April, Smith said people were hauling out bullets on hand trucks.

"It was a feeding frenzy," he said. "People were stacking boxes of ammunitions, five or 10 cases at a time, paying two or three times more per box."

The demand at the gun shows has gone down since the high point in April, Smith said, but the tension is still high.

"Liberals are talking about restricting types of ammo, reinstituting the assault weapons ban," he said. "So people keep stocking up."

Outside the Las Vegas Gun Show at Cashman Center on Saturday, Craig Brown of Las Vegas was one of those doing the stocking, in the trunk of his car. Brown said he bought as much 9 mm ammunition as he could afford, which tallied almost $300 worth, he said.

Brown said he often has trouble finding ammunition from retailers, which is why he decided to buy more than usual on Saturday.

"I figured that I may as well do it all at once," he said. "I probably paid a little more ... But otherwise it's been a hassle."

Novin said there has been anecdotal evidence to show that supply is beginning to catch up with demand.

A lot of it is because manufacturers have been working at full capacity for several months, he said.

"We're hearing (demand is) slowing down out here (on the East Coast)," Novin said.

And without significant legislation from Congress, the "paranoia" may have worn off a bit, he said.

But in Nevada, a gun-friendly state, consumers have yet to see the shelves being replenished, Brown said.

"Maybe someone could show me where to go to get bullets," he said.

Contact reporter Mike Blasky at mblasky @reviewjournal.com or 702-383-0283.

link

Logged

**Unintelligable Name**
Hero Member
★★★★★
Offline

Posts: 8,790



ΜΟΛΩΝ ΛΑΒΕ

**Re: Ammo Shortage In Nevada (and rest of US)**
« Reply #1 on: September 07, 2009, 11:41:46 AM »

Quote from: burlguy on September 07, 2009, 11:26:00 AM
> Gun owners have saved America again (from Nazis willing to exploit power and euthanize us)and we need to stay on the watch as they are certain to try subtle tactics to encroach upon us as and all out grab will not do it. They will spin the media and get more of the public behind them and then try again and again ..........

It's too late for them now. They'll have to wait until a mega crisis, or Obama being out of office.

Logged

"The tragedy of modern war is that the young men die fighting each other - instead of their real enemies back home in the capitals." Edward Abbey

**freeflying**
Hero Member
⭐⭐⭐⭐⭐
☐ Offline

Posts: 505

**Re: Ammo Shortage In Nevada (and rest of US)**
« **Reply #2 on:** September 09, 2009, 10:42:29 PM »

> Quote from: burlguy on September 07, 2009, 11:26:00 AM
> "Customer paranoia" Sure....
>
> Manufacturing plants running at full capacity?....Federal laid off 80 employees..... Which is a company from my understanding controlled by Rothschild money.
>
> Prices and availability are returning to normal.... Only because all those that knew what was coming stocked up when they could.
>
> **We have put their gun grabbing on hold by are show of force**
>
> Gun owners have saved America again (from Nazis willing to exploit power and euthanize us)and we need to stay on the watch as they are certain to try subtle tactics to encroach upon us as and all out grab will not do it. They will spin the media and get more of the public behind them and then try again and again ..........

I was in Cabelas last week and they had Federal XM193BK ammo for $599 a case , far from normal pricing there . I think I am good on ammo .

Logged

**grooveline**
Full Member
⭐⭐⭐
☐ Offline

Posts: 153

**Re: Ammo Shortage In Nevada (and rest of US)**
« **Reply #3 on:** September 09, 2009, 11:23:46 PM »

was at the local big5... all that they had was one small box of 9mm, a few boxes of random rifle calibers. really creepy.

i know I can get 9mm at a gun store but still...

Logged

**2Revolutions**
Hero Member
⭐⭐⭐⭐⭐
☐ Online

Posts: 1,487

For we wrestle not with flesh and blood

**Re: Ammo Shortage In Nevada (and rest of US)**
« **Reply #4 on:** September 14, 2009, 02:44:01 PM »

I have been in backorder hell for 6 months for practice ammo, Magtech.

Logged

Those who wish to remain ignorant and free, in a state of civilization, want what never was and what never will be.  - Thomas Jefferson

**tattoo8118**
Guest

**Re: Ammo Shortage In Nevada (and rest of US)**
« **Reply #5 on:** September 14, 2009, 02:50:13 PM »

Being in Northern Nevada, I know what this guy is talking about we have a local Cal Ranch store and people know when the delivery truck shows up and they usually buy out the stock before it even hits the shelves.  Luckily I know a guy that is trying to get his gun business going and his prices are alot lower than anyone in town including the wal-mart.  It's great because I lot of people don't even know about him and he has tons of ammo for sale.

Logged

**Re: Ammo Shortage In Nevada (and rest of US)**

**Unintelligable Name**
Hero Member
★★★★★
☐ Offline

Posts: 8,790



ΜΟΛΩΝ ΛΑΒΕ

« **Reply #6 on:** September 14, 2009, 02:53:41 PM »

I got all my ammo, all my primers, parts, brass, bullets, powders... got it all. Back in June actually.

Guess I got lucky.

🔗 Logged

"The tragedy of modern war is that the young men die fighting each other - instead of their real enemies back home in the capitals." Edward Abbey

**Cywar**
Hero Member
★★★★★
☐ Offline

Posts: 1,116



### Re: Ammo Shortage In Nevada (and rest of US)
« **Reply #7 on:** September 14, 2009, 03:23:57 PM »

A friend of mine went to a gun show near Houston this weekend. He said there was lots of ammo but it's still overpriced. He also noted that rifles were not moving as fast as before, handgun's were selling but it looked like most people were buying ammo and accessories.

🔗 Logged

"Condemnation without investigation is the height of ignorance."

—Albert Einstein

**2Revolutions**
Hero Member
★★★★★
■ Online

Posts: 1,487

For we wrestle not with flesh and blood

### Re: Ammo Shortage In Nevada (and rest of US)
« **Reply #8 on:** September 24, 2009, 09:28:40 AM »

America armed, but guns not necessarily loaded

http://news.yahoo.com/s/ap/20090923/ap_on_re_us/us_ammo_shortage/print

By MARY FOSTER, Associated Press Writer Mary Foster, Associated Press Writer
Wed Sep 23, 2:51 pm ET

NEW ORLEANS – Bullet-makers are working around the clock, seven days a week, and still can't keep up with the nation's demand for ammunition.

Shooting ranges, gun dealers and bullet manufacturers say they have never seen such shortages. Bullets, especially for handguns, have been scarce for months because gun enthusiasts are stocking up on ammo, in part because they fear President Barack Obama and the Democratic-controlled Congress will pass antigun legislation — even though nothing specific has been proposed and the president last month signed a law allowing people to carry loaded guns in national parks.

Gun sales spiked when it became clear Obama would be elected a year ago and purchases continued to rise in his first few months of office. The FBI's National Instant Criminal Background Check System reported that 6.1 million background checks for gun sales were issued from January to May, an increase of 25.6 percent from the same period the year before.

"That is going to cause an upswing in ammunition sales," said Larry Keane, senior vice president of the National Shooting Sports Foundation, a trade

association representing about 5,000 members. "Without bullets a gun is just a paper weight."

The shortage for sportsmen is different than the scarcity of ammo for some police forces earlier this year, a dearth fueled by an increase in ammo use by the military in Iraq and Afghanistan.

"We are working overtime and still can't keep up with the demand," said Al Russo, spokesman for North Carolina-based Remington Arms Company, which makes bullets for rifles, handguns and shotguns. "We've had to add a fourth shift and go 24-7. It's a phenomenon that I have not seen before in my 30 years in the business."

Americans usually buy about 7 billion rounds of ammunition a year, according to the National Rifle Association. In the past year, that figure has jumped to about 9 billion rounds, said NRA spokeswoman Vickie Cieplak.

Jason Gregory, who manages Gretna Gun Works just outside of New Orleans, has been building his personal supply of ammunition for months. His goal is to have at least 1,000 rounds for each of his 25 weapons.

"I call it the Obama effect," said Gregory, 37, of Terrytown, La. "It always happens when the Democrats get in office. It happened with Clinton and Obama is even stronger for gun control. Ammunition will be the first step, so I'm stocking up while I can."

So far, the new administration nor Congress has not been markedly antigun. Obama has said he respects Second Amendment rights, but favors "common sense" on gun laws. Still, worries about what could happen persist.

Demand has been so heavy at some Walmarts, a limit was imposed on the amount of ammo customers can buy. The cutoff varies according to caliber and store location, but sometimes as little as one box — or 50 bullets — is allowed.

At Barnwood Arms in Ripon, Calif., sales manager Dallas Jett said some of the shortages have leveled off, but 45-caliber rounds are still hard to find.

"We've been in business for 32 years and I've been here for 10 and we've never seen anything like it," Jett said. "Coming out of Christmas everything started to dry up and it was that way all through the spring and summer.

Nationwide, distributors are scrambling to fill orders from retailers.

"We used to be able to order 50 or 60 cases and get them in three or four days easy, it was never an issue," said Vic Grechniw of Florida Ammo Traders, a distributor in Tampa, Fla. "Now you are really lucky if you can get one case a month. It just isn't there because the demand is way up."

A case contains 500 or 1,000 bullets.

At Jefferson Gun Outlet and Range in Metairie just west of New Orleans, owner Mike Mayer is worried individuals are going to start buying by the case.

"If someone wants to shoot on the weekend you have to worry about having the ammunition for them. And I know some people aren't buying to use it at the range, they're taking it home and hoarding it."

With demand, prices have also risen.

"Used to be gold, but now lead is the most expensive metal," said Donald Richards, 37, who was stocking up at the Jefferson store. "And worth every penny."

Logged

*Those who wish to remain ignorant and free, in a state of civilization, want what never was and what never will be. - Thomas Jefferson*

Pages: [1]  Go Up

PRINT

« previous next »

Jump to:

===> ***The Second Amendment, Anti-Tyranny, Firearms Board***

go




Powered by SMF 1.1.11 | SMF © 2006-2009, Simple Machines LLC

# EXHIBIT 8

# EXHIBIT 8

DHS Patsy/Neo-Lib Hype? US Marine arrested at Logan with Guns and Explosives

<< < (6/7) > >>

**Anti_Illuminati**:
Here's a false flag that happened today that 99.99% of the public will never realize [the motive for the false flag is revealed first]:

http://livinginlasvegas.today.com/category/mccarran-international-airport/

Mar 18 2009

Whole-Body Image Scanners Being Tested at McCarran Airport in Las Vegas

"McCarran Airport in Las Vegas has been selected by the Transportation Security Administration to test the new millimeter wave whole-body scanners at its security check points. Right now it is being tested as a primary screener at Terminal 2, which is for international travel. Back in October, McCarran started using it as a secondary screener at Terminal 1. At this point, passengers still have the option of not going through it and being screened with a wand.

[Insert: "At this point" means until more false flags with deliberate stand down orders of policy procedures, and/or actions so that Americans and people worldwide can be perpetually brainwashed that there is no such thing as an acceptable "level" of freedom that you're allowed to have because it will result in people getting killed.]

According the TSA website, "In a matter of seconds, this technology can detect weapons, explosives and other threat items concealed under layers of clothing without physical contact."

Jose Ralls, the TSA's federal security director in Las Vegas said that, "We are going to take a look at this as being the wave of the future."

From looking at the images on TSA's website, it doesn't look like it is really that invasive. The important thing is that it is going to be helping people get through the Las Vegas airport quicker and safer . . . hopefully!"
_____
http://www.lvrj.com/business/41420602.html

Mar. 18, 2009
Copyright © Las Vegas Review-Journal

McCarran to test full-body scanners

Airport part of pilot program to try whole-body imaging machines

By BENJAMIN SPILLMAN
LAS VEGAS REVIEW-JOURNAL

Federal security officials are using McCarran International Airport to test whether it would make sense to replace airport metal detectors throughout the nation with whole-body image scanners, devices that peer through travelers' clothing to ensure they aren't carrying weapons. Transportation Security Administration officials on Tuesday fired up the second "whole-body imaging device" at McCarran, this one in Terminal 2, a departure point for international flights.

The second device is part of a pilot program to test whether imagers can replace metal detectors now in

widespread use. In about 60 days the TSA will evaluate the results from McCarran and five other airports and decide whether or not to continue with the plan. "It's kind of a fine balance between safety of the passengers and privacy," said business traveler Paco Castellanos, 44, of Las Vegas.

The imaging devices caused a bit of a stir in June, when they were first rolled out as a secondary, optional screening method in about 20 airports. The first whole-body imager at McCarran went into use in October. Castellanos, a leadership consultant who flies about once a month, recalled the outcry, but didn't share the outrage. "I saw on the news it might be a little intrusive," he said. "I personally don't have a problem."

TSA is betting travelers like Castellanos are representative of the traveling public. That's why the agency is continuing to experiment with the devices. The new wave represented in a pilot program at McCarran and five other airports is different from the first in that these scanners will be primary screening devices, meaning they could be used in place of a metal detector. The original machines are used in addition to metal detectors.

In each type of use, unidentifiable black-and-white images from the device are transmitted to a private room for viewing by human screeners. They use "millimeter wave" technology to scan the subjects and create the images. The workers supervising the checkpoint do not see the images and the employees monitoring the screen shots do not see the subjects in person. Images are neither printed nor saved. They cannot be transmitted to other locations.

Whether the machines are being used in place of or in addition to metal detectors, travelers will have the choice to opt out of screening with the device. The alternative would be a private, pat-down screening with a TSA employee of the same gender. Officials like the imaging technology because it can scan for nonmetal hazards such as plastic, organic material and explosives residue.

But the imagers are much faster than previous technology, such as the explosives trace portal that shoots puffs of air onto passengers then "sniffs" for explosives residue. A whole-body imager can create a scan in 1.3 seconds, while an explosives trace portal can take nearly 20 seconds. The TSA hopes the image scanner can also be faster than a traditional metal detector by eliminating the need for second and third passes.

"We are going to take a look at this as being the wave of the future," said Jose Ralls, the TSA's federal security director in Las Vegas. Although Ralls says the devices are more thorough than metal detectors, they do have limitations. For starters, while they can peer through clothing they can't look through skin, so they could miss an item tucked into someone's mouth.

Then again, depending on the gauge of the metal, a metal detector could also miss something in someone's mouth. And metal detectors have no chance of finding plastic or other nonmetal material. That's why it is important for the human screeners to remain attentive and alert no matter what device is in use.

Ralls says TSA not only tests the machines in the lab, it also covertly tests machines and human screeners in the field. "We continually test the system," he said. "We don't just pop (a new device) in and walk away."

The whole-body imagers cost about $170,000 each, including full installation. If the pilot program is successful the TSA could proceed with about 400 more nationwide. A full rollout could include as many as 1,300 devices.

---

That was the motive. Again notice the date of the above articles.

http://www.ktnv.com/global/story.asp?s=10211030

Marine arrested after getting weapons through McCarran screening

Transportation Security Administration screening is being called into question at McCarran Airport, after a United States Marine got through security screening with a gun and bomb making materials in his checked

luggage.

Corporal Justin Reed was arrested at Logan International Airport in Boston, where security screeners found a gun, a grenade fuse, a detonator, four magazines of ammunition and three model rocket engines containing an explosive mixture. That's according to Massachusetts State Police.

The 22-year-old arrived in Boston at 7 a.m. from Las Vegas on Sunday Morning and was scheduled to catch a connecting U.S. Airways flight to Charlotte, N.C.

A T-S-A spokesperson tells Action News Corporal Reed's baggage was screened at McCarran. However, one of his bags had to be rescreened in Boston, after it was inadvertantly routed to baggage claim instead of his connecting flight.

Normally, bags wouldn't be rescreened, but this baggage mixup is what led to the troubling discovery.

The law does allow for the transportation of certain weapons in checked luggage. That requires proper identification and notification.

We're told that protocol was not followed, which is bringing alot of scrutiny to security at McCarran.

The T-S-A will say they are "actively investigating" why these weapons were not detected and if somebody will be held responsible.

As for Corporal Justin Reed, of Jacksonville, N.C. - he's being held on $50,000 bail in the State Police Barracks at Logan Airport.

He is charged with possession of an infernal machine and attempting to put an explosive device on an aircraft.

Reed will be arraigned in East Boston this Tuesday.

Law Enforcement still doesn't know why he was traveling out of Las Vegas with the weapons.

Stay with Action News as we follow this developing story.
_____
http://projectdisaster.com/?p=13680

Weapons found in Marine's baggage
Check at Logan prompts arrest

By John C. Drake, Globe Staff | April 20, 2009

A North Carolina-based US Marine was arrested at Logan Airport yesterday after federal transportation screeners discovered an undeclared semiautomatic weapon, ammunition, and bomb-making materials in his checked baggage, authorities said.

Marine Corporal Justin W. Reed was in Boston on a layover from Las Vegas and was bound for Charlotte, officials said. The materials in his bags apparently eluded detection at the Las Vegas airport and were discovered in Boston only because baggage handlers inadvertently routed his arriving luggage to baggage claim rather than onto his connecting flight, Transportation Security Administration spokeswoman Ann Davis said.

"They put it on the baggage carousel as if he was staying in Boston," Davis said. "Because it was placed on the carousel, which introduced it into a public area, that required TSA to screen it before it was allowed back

on a flight."

Davis said the TSA was "actively investigating" why the illicit materials, including fuel and explosives, were not discovered during screening in Las Vegas and loaded onto the cross-country flight.

TSA screeners in Terminal B at Logan called State Police at 7:10 a.m. after they said they discovered the following items in Reed's luggage: a locked gun box containing a semiautomatic handgun; a fully loaded gun magazine; several boxes of 9 mm and 7.62 mm ammunition; three model rocket engines containing an explosive mixture; military fuses; electronics kit boxes with various components; and a hand grenade fuse assembly with detonator.

None of the discovered items, aside from the gun, can legally be checked onto a flight, Davis said, because they could cause an explosion in flight.

A handgun can be checked only if it is unloaded, secured in a lock box, and declared by the passenger at check-in, she said.

Reed had not declared the weapon, she said.

Reed was charged with possession of an infernal machine and possession of a concealed weapon in a secure area of an airport, said Sergeant Michael Popovics, a State Police spokesman.

He was booked at the State Police barracks at Logan Airport and held in lieu of $50,000 bail. He will be arraigned at East Boston Municipal Court tomorrow.

Davis said she did not know what flight Reed took to Boston, but the only US Airways flight from Las Vegas arriving in Boston yesterday morning was Flight 66, which left Las Vegas at 10:15 p.m. and arrived in Boston at 6:08 a.m.

Davis said he was booked on US Airways Flight 877, which left Boston at 8:08 a.m. and arrived in Charlotte at 10:36 a.m., airline records show. US Airways declined to comment.

---

Police: Vegas Airport Security Missed Gun, Bomb Materials
Marine Arrested After Flight To Boston

POSTED: 7:22 am PDT April 20, 2009
UPDATED: 9:30 am PDT April 20, 2009

LAS VEGAS -- A U.S. Marine is under arrest he flew from Las Vegas to Boston with a gun, ammunition and bomb-making materials in his checked baggage, police said.

Corporal Justin Reed, 22, was stopped at Logan International Airport before he boarded US Airways Flight 877 flight to Charlotte N.C., according to a Transportation Security Administration official quoted in the Boston Globe.

Reed's baggage had passed a security inspection at McCarran International Airport Sunday. Guns are allowed on airlines if they are legal and declared. The TSA would not comment on the incident Monday, telling FOX5 it was "under investigation."

The agency said 100 percent of bags are screened at McCarran, so Reed's bags should have been scanned.

Reed is charged with possession of a concealed weapon and possession of an infernal machine. The Boston

Globe reported a list of the items allegedly found in Reed's bags. Among them:

# a locked handgun box containing a semi-automatic handgun
# a fully loaded gun magazine
# several boxes of 9 mm and 7.62 mm ammunition
# three model rocket engines containing an explosive mixture
# military pull-type fuses and switches
# electronics kit boxes with various components
# a hand grenade fuse assembly with detonator

**lordssyndicate**:
First off they are already using these MM wave scanners at several airports and when they told me I had to submit to one at Miami International Airport last October there was no option for hand wanding. Also the machines can do color... they can do High Def color... they can peel through clothes and skin and see even into the organs don't let them fool you ... These things work as well if not better MRIs... They look through metal but not skin? that's total bull...

http://www.patentgenius.com/patent/7507963.html

Now on to the marine. A) he did this on orders knowing he will be let go later as part of this false flag or B) he had clearance meaning his bag was top secret and therefore it was treason for the TSA member to remove his dog tags pad locked to the zippers and cut open any of his bags....

100% false flag...

**Anti_Illuminati**:
I didn't realize anyone had already caught this, and I had started my own thread. I recommend you check it out, as I have found the motive for this. Also, see this video pertaining to this and witness the sheepified dumbass public responses.

http://www.youtube.com/watch?v=UqsgaX-oU0I

http://forum.prisonplanet.com/index.php?topic=100518.msg597363#msg597363

**voodo0**:
bump for later

**Unintelligable Name**:
They really do find the stupidest people to interview.

The News knows their stuff -- I wonder if they go to propaganda nightschool.

Navigation

[0] Message Index

[#] Next page

[*] Previous page