# EXHIBIT 12

# EXHIBIT 12



# EXHIBIT 13

EXHIBIT 13

Case 2:10-cv-01211-JCM-RJJ   Document 1-6   Filed 07/21/10   Page 4 of 10

# EXHIBIT 14

# EXHIBIT 14



"How naive are we - what do they think we'll go for?," asked Nelson, pointing out that his doubts began on the very day of 9/11.

"I saw one fall and it was just so symmetrical, I said wait a minute I just saw that last week at the casino in Las Vegas and you see these implosions all the time and the next one fell and I said hell there's another one - and they're trying to tell me that an airplane did it and I can't go along with that," said Nelson.

(Article continues below)

**Las Vegas Coupons**
Join Groupon Vegas & save big with 1 ridiculously huge coupon a day!
www.Groupon.com/LasVegas

**Vons Coupons Las Vegas**
See Local Savings on Food, Plan a Meal, & Print Coupons Online Free!
Vons.com

**First Source Signs, LLC**
Convention Printing - Call Today Fast Turn Around - Free Delivery
www.firstsourcesigns.com

**Le Cordon Bleu School**
Hands-On Culinary Arts Education. Learn From Pro Chefs. Apply Now.
LasVegas.Chefs.com

Ads by Google

The former Highwayman, fresh from his appearance at this past weekend's superbowl, questioned why Afghanistan became an immediate target in the aftermath of 9/11 when the official story posited that mostly Saudi Arabians were responsible for the attack.

"When I get hit I like to look around and see who did it before I start swinging at everybody in the room and that's kind of what we were doing," said Nelson, "We got hit over here and then next thing you know we're jumping on everybody in the town - so (if) we got hit from Saudi Arabia, I think we've got some questions that need to be answered from those folks," said Nelson.

In light of his viewpoint, Nelson said that recent revelations concerning the impartiality of the 9/11 Commission and its close links with the White House did not surprise him.

"What does it take for us to realize we're having the wool pulled over our eyes one more time?" he concluded.

Nelson is not the first high-profile public figure to question 9/11. In March 2006, actor Charlie Sheen voiced his doubts and was followed last year by his father Martin Sheen.

# EXHIBIT 15

# EXHIBIT 15



# EXHIBIT 16

# EXHIBIT 16

```
Type of Work:       Text

Registration Number / Date:
                    TX0007173597 / 2010-07-14

Application Title: The TSA's mini 'Watch List'.

Title:              The TSA's mini 'Watch List'.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-05-25

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC

===========================================================================
```